☑ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DERICK BISHOP,

                      Plaintiff,

v.

SEAN ALEXANDER, et al.,

                      Defendants.

3:18-cv-00030-MMD-CBC

**ORDER**

## I.    DISCUSSION

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated at the Warm Springs Correctional Center. On October 12, 2018, Plaintiff filed a notice of prospective change of address with the Court (ECF No. 5). The NDOC inmate database shows that Plaintiff was released from custody on or about October 18, 2018. Accordingly, the Clerk of the Court is directed to update Plaintiff's address to reflect the notice of change of address (ECF No. 5).

Further, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400.

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court update Plaintiff's address to reflect the notice of change of address (ECF No. 5).

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

1    IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the

2  approved form application to proceed *in forma pauperis* by a non-prisoner, as well as

3  the document entitled information and instructions for filing an *in forma pauperis*

4  application.

5    IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this

6  order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma*

7  *pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

8    IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order,

9  the Court shall dismiss this case without prejudice.

10  DATED: This 3rd day of December, 2018.

11

12  _____

13  United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28